UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**JENIFER SAIN and RUSTY SAIN,**

    **Plaintiffs,**

**V.**                                         **NO. 11-2718-Ma**

**REGIONAL ADJUSTMENT BUREAU, INC.,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed February 8, 2013.  Each party shall bear its own costs.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *February 8, 2013*                      THOMAS M. GOULD
DATE                                            CLERK

                                                *s/  Zandra Frazier*
                                                (By) DEPUTY CLERK